UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TERESA YATES and her spouse,**
**LEE YATES,**

    **Plaintiffs,**

v.                                                                         Case No.:

**WAL-MART STORES, INC., d/b/a**
**Walmart Supercenter Store #818,**

    **Defendant.**

_____/

## NOTICE OF REMOVAL

Defendant, WAL-MART STORES, INC., d/b/a Walmart Supercenter Store #818 (hereafter "Wal-Mart"), files this Notice of Removal and hereby removes this action from the Circuit Court of Bay County, Florida, to the United States District Court for the Northern District of Florida, Panama City Division, for the following reasons:

1.    The removing party, WAL-MART STORES, INC., d/b/a Walmart Supercenter Store #818 (hereafter "Wal-Mart"), is the defendant in the above-styled action.

2.  On June 25, 2010, plaintiffs, TERESA YATES and her spouse, LEE YATES, filed the above-styled action, Case No: 2010-1658 CA, against Wal-Mart which is now pending in the Circuit Court of Bay County, Florida.

3.  Wal-Mart was served with initial process in the above-styled action on July 9, 2010. Defendant filed a responsive pleading on July 29, 2010.

4.  No further proceedings have been had in State Court.

5.  Defendant removes this action to Federal Court under diversity jurisdiction, 28 U.S.C. Section 1332.

7.  Plaintiffs are citizens of the State of Georgia.

8.  Defendant Wal-Mart is a Delaware corporation with its primary place of business in Bentonville, Arkansas.

9.  Plaintiffs' complaint alleges that they seek damages in excess of $15,000, the minimum jurisdictional amount required to be pled in State Circuit Court. On August 12, 2010, plaintiffs' counsel confirmed that his clients were seeking damages in excess of $75,000.00.

10.  The United States District Court has jurisdiction over the parties in this litigation and venue in the Panama City Division is appropriate.

11.  Pursuant to Rule 7.2 (A), the rules of the United States District Court for the Northern District of Florida, a true copy of the complete record filed in Circuit Court of Bay County shall be filed with this Court within ten (10) days of the filing of the notice of removal.

12. This notice is filed with this Court within thirty (30) days of defendant receiving confirmation from plaintiffs' counsel that the damages sought exceed $75,000.00.

13. Defendant, Wal-Mart, will give written notice of this removal to plaintiff as required by law.

14. A copy of this notice will be filed with the Clerk of Circuit Court of Bay County, Florida, as provided by law.

WHEREFORE the removing party, defendant, Wal-Mart, prays that the above-entitled action be removed from the Circuit Court of Bay County, Florida, to this Court.

\* \* \* \* \*

## CERTIFICATION OF COMPLIANCE WITH N.D. LOC. R. 7.1(B)

The undersigned certifies that a copy of this Notice of Removal has been provided to plaintiffs. By copy of this notice to plaintiffs' counsel requests that plaintiffs inform the Court if he opposes the relief sought herein.

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to by electronic filing this 1st day of August, 2010.

_/s/_____
J. Andrew Talbert
Florida Bar No.: 0106003
BOZEMAN, JENKINS & MATTHEWS, P.A.
114 East Gregory Street (32502)
Post Office Box 13105
Pensacola, FL 32591-3105
(850) 434-6223 Telephone
(850) 434-5242 Facsimile
E-mail: ATalbert@bjm-law.com