IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERESA YATES and her spouse,
LEE YATES

   Plaintiffs,

vs.             CASE NO. 5:10cv226/RS-GRJ

WAL-MART STORES, INC., d/b/a
Walmart Supercenter Store #818,

   Defendant.
_____/

  Before me is the Report of Parties' Planning Meeting (Doc. 10). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date.

  **It is ordered** that the parties shall file an amended joint report not later than October 28, 2010, with dates consistent with a discovery deadline of February 18, 2011, and a jury trial on May 9, 2011 or May 23, 2011.

  **ORDERED** on October 18, 2010.

          /S/ Richard Smoak
         **RICHARD SMOAK**
         **UNITED STATES DISTRICT JUDGE**