IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TERESA YATES, and her spouse,
LEE YATES**

    **Plaintiffs,**

vs.                                             CASE NO. 5:10-cv-226/RS-GRJ

**WAL-MART STORES, INC., d/b/a
Walmart Supercenter Store #818,**

    **Defendant.**
_____/

## ORDER

Plaintiff's Motion for Extension to File Response to Defendant's Motion for Summary Judgment (Doc. 27) is **GRANTED**. Plaintiff shall file its response not later than December 28, 2010.

**ORDERED** on December 17, 2010

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**