IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERESA YATES, and her spouse,
LEE YATES,

    Plaintiffs,

v.

WAL-MART STORES EAST, LP,
a foreign corporation,

    Defendant.

CASE NO.:  5:10-cv-00226-RS/GRJ

## AMENDED COMPLAINT

Plaintiffs, TERESA YATES and her spouse LEE YATES, sue the Defendant, WAL-MART STORES EAST, LP, and allege:

### JURISDICTION AND FACTS

1. This is an action for damages which exceeds the sum of fifteen thousand ($15,000.0) dollars.

2. At all times material hereto, the Plaintiffs, TERESA YATES and her spouse LEE YATES, resided in Roopville, Carroll County, Georgia, at the time of the incident.

3. Defendant, WAL-MART STORES EAST, LP (hereinafter referred to as "WAL-MART"), is a foreign for-profit corporation authorized to do and is doing business in the State of Florida and has designated CT Corporation System, 1200 S. Pine Island Road, Plantation, FL  33324 as its registered agent to receive service of process.

4. On or about July 3, 2006, Defendant, WAL-MART, owned and operated the business located at 10270 Front Beach Road, Bay County, Panama City Beach, Florida for which the purpose of the building is retail sales.

5. At said time and place, Plaintiff TERESA YATES, was on the Defendant, WAL-MART's property, as she was an invitee as a shopping guest of the store.

6. On or about July 3, 2006, Plaintiff, TERESA YATES, entered defendant's premises when suddenly and without warning, Plaintiff slipped and fell in a puddle of water on the floor at or near the cash registers causing her to strike the floor violently sustaining serious and permanent personal injuries.

## COUNT I

Plaintiff, TERESA YATES, sues Defendant, WAL-MART, by this count and re-alleges, affirms and incorporates herein the allegations of **JURISDICTION AND FACTS** of this complaint and further alleges:

7. Defendant, WAL-MART, owed a duty to Plaintiff and its visitors to keep the premises, including areas, entranceways and floors, in a reasonable safe condition for use by the public.

8. Defendant, WAL-MART, in breach of its afore described duty negligently committed the following acts of commission or mission:

   a. Failed to maintain the floor in a reasonable safe condition;

   b. Allowed water or a slippery substance to remain on the floor when defendant knew, or in the exercise of reasonable care, should have known that the water or slipper substance existed and created an unreasonable risk of harm to their visitors;

    c. Failed to warn Plaintiff of the danger presented by the presence of the water or slippery substance on the floor;

    d. Otherwise generally failed in its duty to maintain the floor in a safe condition for use by the public.

9. The dangerous conditions were known to defendant, WAL-MART, or existed for a sufficient length of time so that defendant, WAL-MART, should have known of it and either corrected the conditions or warned about the danger.

10. As a direct and proximate result of the foregoing defects, Plaintiff, TERESA YATES, sustained bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, treatment, rehabilitation and loss of ability to earn money. The injuries to TERESA YATES are permanent within a reasonable degree of medical probability, and TERESA YATES has suffered these injuries in the past, from the date of the accident, and will continue to sustain such injuries in the future.

WHEREFORE, Plaintiff, TERESA YATES, sues Defendant, WAL-MART, and seeks damages for the harm and losses caused, plus interest and cost; and further demands such other and any further relief as this Court may deem just, proper and equitable and respectfully requests a jury trial.

## COUNT II

The Plaintiff, LEE YATES, sues the Defendant, WAL-MART, by this count and re-alleges, affirms and incorporates herein the allegations of the **JURISDICTION AND FACT** portion of this complaint and all preceding Counts and further alleges:

15. He is the husband of Plaintiff, TERESA YATES.

16. As a result of the injury sustained by his wife, TERESA YATES, as aforesaid, he has sustained the loss of services of, society and consortium with his wife.

WHEREFORE, the Plaintiff, LEE YATES, sues the Defendant, WAL-MART, seeks damages plus interest and costs; and further demands such other and further relief as this Court may deem just, proper and equitable and respectfully requests a jury trial.

Respectfully submitted this 29 day of December, 2010.

Perry & Young, P.A.

BY: _____
Henry Lawrence Perry, Esq.
Florida Bar No.: 059765
Christopher A. Young
Florida Bar No.: 656631
2612 W 15th Street
Panama City, FL 32401
Phone: (850) 215-7777
Facsimile: (850) 215-4777
**Attorneys for Plaintiffs**