IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


TERESA YATES and LEE YATES,

        Plaintiffs,
vs.                                  CASE NO. 5:10cv226/RS-GRJ

WAL-MART STORES EAST, LP,

        Defendant.
_____/

## ORDER

In accordance with the Initial Scheduling Order dated February 11, 2011 (Doc. 36), all prior hearings and deadlines are terminated.


**ORDERED** on February 11, 2011.


        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**