UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TERESA YATES and her spouse, LEE YATES,**

    Plaintiffs,

v.                                          Case No.: 5:10-cv-00226-RS/GRJ

**WAL-MART STORES EAST, LP,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Wal-Mart Stores East, LP, by and through its undersigned attorney, files notice with the court that the above case in relation to Plaintiffs and Defendant Wal-Mart Stores East, LP has settled, with each of the parties bearing their own costs and attorneys' fees.  Pursuant to Fed.R.Civ.P. 16.2(d), defendant requests the court retain jurisdiction for 60 days for further proceedings should it become necessary.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to H. Lawrence Perry, Esq./Christopher A. Young, Esq., Perry & Young, P.A., 2612 West 15th Street, Panama City, FL 32401 by electronic filing this 25th day of August, 2011.

/s/ J. Andrew Talbert
**J. Andrew Talbert**
Florida Bar No.: 0106003
**Demetrea Dobson**
Florida Bar No.: 90104
BOZEMAN, JENKINS & MATTHEWS, P.A.
114 East Gregory Street (32502)
Post Office Box 13105
Pensacola, FL 32591-3105
(850) 434-6223 Telephone
(850) 434-5242 Facsimile
E-mail:  ATalbert@bjm-law.com
            ddobson@bjm-law.com
Attorneys for defendant